[No. 35988-6-I.   Division One.   December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. R.C., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-8-07053-5, Bobbe J. Bridge, J., entered January 13, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36118-0-I.   Division One.   December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL MEDINA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-07167-6, Ann Schindler, J., entered January 23, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36180-5-I.   Division One.   December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS GENE WALDOW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-02409-1, George T. Mattson, J., entered February 1, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 15875-2-II.   Division Two.   July 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ERNEST DICKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00145-5, Grant Meiner, J., entered March 20, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Alexander, J., concurred in by Seinfeld, C.J., and Houghton, J.